### GODBEE *v.* McCATHERN.

Practice in Supreme Court.

BLECKLEY, C. J.—This case is controlled by *Owensby* v. *Thompson,* 69 *Ga.* 773, the certificate of the judge to the bill of exceptions being, according to that case, fatally defective.

March 16, 1891.                                  *Writ of error dismissed.*

LOVETT & DAVIS, for plaintiff.

No appearance for defendant.